

# RAUL VASQUEZ
### ATTORNEY AT LAW

May 7, 2015

Court of Appeals
Keith E. Hottle
Clerk of the Court
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

RE: Report of Mediation in Cause # 04-14-00806-CV
   Amado Abascal, III. V. Rodolfo Flores Galvan and G&M
   Logistics Corp.

Dear Mr. Hottle:

   I hope that this letter finds you well. As per instructions from
Judge Raul Vasquez enclosed please find Report of Mediation in
the above mentioned case.
   If there are any questions or concerns regarding this matter,
please feel free to call or email me anytime my email address is:
robertomagnon@yahoo.com.

Sincerely,

Roberto A. "Bobby" Magnon
Office Manager for the Law Office
of Raul Vasquez

# Report of Mediation

**Cause No.  04-14-00806-CV**

**Style:  Amando Abascal, III.**
   **Vs.**
   **Rodolfo Flores Galvan and G&M Logistics Corporation**

Date Of Mediation: May 6, 2015

## TYPE OF CASE:
| | | | |
|---|---|---|---|
| X | Personal Injury | | Deceptive Trade Practice |
| | Business/Commercial | | Real Property |
| | Family/Divorce | | Probate |
| | Insurance Law | | Contract |
| | Employment | | Other |

**Number of Parties Involved in Dispute**: _____

## Status of Discovery at Time of Mediation:
| | | | |
|---|---|---|---|
| | No Discovery done | | Minimal Discovery |
| | Substantially Complete | X | All Discovery Completed |
| | Trial Date Imminent | | No Trial Date Set |

## Results of Mediation:
_____ Case Settled, Settlement Agreement Attached
_____ Mediation Cancelled
__X__ Case Settled at Mediation
_____ Case Not Settled--Comment:_____
_____ Issues Narrowed for Trial
_____ Case not Mediated Due to "No-shows"
_____ Case settled after mediation
_____ Mediation Recessed to Reconvene on _____

If Case Settled, final settlement amount: ___Confidential_____

Estimated Trial Time Saved by Settlement [in days]: _____

Mediation Fees Disclosure:_____

Comment:

Signature of Mediator:_____
                                          Raul Vasquez

Date: __05/06/2015_____